F I L E D
Clerk's Office
USDC, Mass.
Date 8/17/05
By /tmc/
Deputy Clerk

AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

DISTRICT OF    CONNECTICUT

AETNA LIFE & CASUALTY CO

V.

LINDA PARADISO

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

05-mc-10310

Case Number:    3:04CV 385(AWT)

I, _____ Kevin F. Rowe _____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action    7/26/2005    , as it
                                                                                                                                                              Date
appears in the records of this court, and that

\* no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

March 29, 2005                              Kevin F. Rowe
Date                                        Clerk

                                            [signature]
                                            (By) Deputy Clerk

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

DOCKETED

04cv385shp
Scanned
7/14/0*

FILED

2004 JUL 26 P 1:24

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AETNA LIFE AND CASUALTY COMPANY :

Plaintiff, :

: CIVIL No. 3:04CV385 (AWT)

VS. :

: 05-mc-10310

LINDA PARADISO :

Defendant. : JULY 12, 2004

### STIPULATED JUDGMENT

IT IS HEREBY STIPULATED AND AGREED by and between the parties that Judgment may enter in favor of the Plaintiff(s), **AETNA LIFE & CASUALTY COMPANY**, in connection with the above-entitled action. Judgment may enter against the Defendant(s), **LINDA PARADISO**, in the amount of **THIRTY-SIX THOUSAND TWO HUNDRED SIXTY-THREE AND 93/100 ($36,263.93) DOLLARS** plus costs in the amount of **TWO HUNDRED SIXTY-NINE AND 56/100 ($269.56) DOLLARS** for a total judgment of **THIRTY-SIX THOUSAND FIVE HUNDRED THIRTY-THREE AND 49/100 ($36,533.49) DOLLARS**.

Payments shall be made *monthly* with the first payment commencing on or before *August 1, 2004 and on the 1st day of each month thereafter* in the amount of *TWO HUNDRED FIFTY AND 00/100 ($250.00) DOLLARS* until said judgment is satisfied.

THE PLAINTIFF(S)                    THE DEFENDANT(S),
AETNA LIFE & CASUALTY
COMPANY,

3/29/05

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U. S. District Court
By Sandra Smith
Deputy Clerk 7/26/04

By _(signature)_  
Richard F. Tolisano, Esq.  
Its Attorney

By _(signature)_  
Linda Paradiso

*All payments should be made payable to Richard F. Tolisano, Trustee and mailed to Two Congress Street, Hartford, Connecticut 06114.*

C:\Documents and Settings\Linda Cooper\Local Settings\Temp\~hSd0000.hdd